PD-0258-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/9/2015 3:54:15 PM
Accepted 3/10/2015 10:06:39 AM
ABEL ACOSTA
CLERK

**Cause Number** _____

| | | |
|---|---|---|
| CHARLES LEE HODGES, | § | |
| APPELLANT, | § | |
| | § | IN THE TEXAS COURT |
| VS. | § | |
| | § | OF CRIMINAL APPEALS |
| THE STATE OF TEXAS, | § | |
| APPELLEE. | § | |

### *APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW*

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes **CHARLES LEE HODGES,** Appellant in the above styled and numbered cause, by and through his attorney of record, WM. REAGAN WYNN, and pursuant to Rules 10.5(b) and 68.2(c), Texas Rules of Appellate Procedure, files this First Motion for Extension of Time to File Petition for Discretionary Review , and for such Motion would respectfully show the Court as follows:

1. Trial Court: 297th Judicial District Court, Tarrant County, Texas.

2. Date of Judgment and Sentence: January 22, 2013.

3. Trial Court Cause Number: 11181223.

4. Style of Cause: *State of Texas v. CHARLES LEE HODGES*

5. Offense For Which Appellant Was Convicted: Indecency With A Child.

6. Punishment Assessed: 8 Years TDCJ.

FILED IN
COURT OF CRIMINAL APPEALS

March 10, 2015

ABEL ACOSTA, CLERK

7.     Appellant is currently incarcerated.

8.     Date Notice of Appeal filed: February 19, 2013.

9.     Court of Appeals: Second Court of Appeals.

10.    Style of Cause in Court of Appeals: *CHARLES LEE HODGES v. The State of Texas*.

11.    Court of Appeals' Cause Number: 02-13-00073-CR.

12.    Date Court of Appeals' Judgment and Opinion Entered: December 18, 2014.

13.    Date Motion for Rehearing Filed: January 26, 2015.

14.    Date Motion for Rehearing Overruled: February 5, 2015.

15.    Current Due Date for Petition for Discretionary Review: March 9, 2015.

16.    Length of Time Requested for Extension: 30 days, to April 8, 2015.

17.    Number of Prior Extensions of Time: **0**.

18.    The facts The facts relied upon to reasonably explain the need for an extension:

   a.    Undersigned counsel was set for trial beginning Monday, March 2, 2015 in the matter of *State of Texas v. John W. Gifford*, cause number 1367384, pending in Criminal District Court Number Three of Tarrant County. Mr. Gifford was accused of murder. Undersigned Counsel appeared ready for trial on March 2, 2015; however, Mr. Gifford accepted a plea offer. Preparation has consumed a significant portion of undersigned counsel's time and effort.

   b.    Undersigned counsel prepared and filed Appellant's Opening Brief on March 6, 2015 in the matter of *Keith Alexander v. The State of Texas*, Cause Number 08-14-00102-CR, currently pending in the Eighth Court of Appeals

c. This extension is not requested for the purposes of delay, but so that justice may be done and undersigned counsel may effectively represent Appellant in this matter.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court will extend the time within which to file the Petition for Discretionary Review until the 8th day of April, 2015.

Respectfully submitted,


/s/ Wm. Reagan Wynn
WM. REAGAN WYNN
State Bar Number: 00797708
*rwynn@kearneywynn.com*

KEARNEY | WYNN
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76l07
(8l7) 336-5600
(817) 336-5610 (fax)

## CERTIFICATE OF CONFERENCE

On March 9, 2015, conference was held with Cyndi Burgess and Debra Windsor of the Tarrant County District Attorney's office and indicated the State has no objection to an extension of time.


/s/ Wm. Reagan Wynn
WM. REAGAN WYNN

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to the office of Debra Windsor of the Appellate Section of the Tarrant County District Attorney via U.S. First Class Mail on the 9th day of March, 2015.

<u>/s/ Wm. Reagan Wynn</u>
WM.  REAGAN WYNN